O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5073 AHM (MANx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | MIRANG SO v. FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On June 15, 2009, Plaintiff Mirang So filed this home foreclosure action against JP Morgan Chase National Corporation Services, Inc. and the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank ("WaMu"), and JP Morgan Chase Bank, which is allegedly the assignee of the assets and liabilities of Washington Mutual Bank. On December 10, 2009, the FDIC moved to dismiss the Complaint.

In light of the fact that Plaintiff's attorney had resigned from the California Bar Association, the Court ordered Plaintiff to appear at the hearing, and ordered the FDIC to send notice of the hearing to Plaintiff at her last known address. (*See* Docket No. 15.) The FDIC complied with the Court's Order on January 5, 2010. (*See* Docket No. 16.)

Plaintiff failed to oppose the motion and to appear at the hearing, and on January 11, 2010, the Court granted the FDIC's motion to dismiss. The Court also ordered Plaintiff to show cause by not later than January 22, 2010 why this case should not be dismissed for lack of prosecution, and stated that "[f]ailure to do so will be construed as consent to dismissal of the action in its entirety."

/ / /

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5073 AHM (MANx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | MIRANG SO v. FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.* | | |

   Plaintiff has not filed an amended complaint or taken any further action in this case.  Accordingly, pursuant to the Court's Order dated January 11, 2010, the Court DISMISSES this action in its entirety.

   This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

**JS-6**

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

CC:   Mirang So
      ADDRESS REDACTED